IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MARIE GOMES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of Social<br>Security,<br><br>　　　　Defendant.<br>_____/ | No.　CIV.S-05-0485 DAD PS<br><br>ORDER |

　　　　By order filed June 17, 2005, plaintiff was directed to show cause in writing within twenty days why this case should not be dismissed for lack of prosecution. On July 6, 2005, plaintiff filed a response to the order to show cause sufficiently explaining the reason for the delay in returning the necessary documents for service to the United States Marshal's office.

/////

/////

/////

1

1  Accordingly, the order to show cause filed on June 17,
2  2005, is HEREBY DISCHARGED.  This matter will proceed according to
3  the terms of the court's scheduling order filed March 16, 2005.
4  DATED: August 2, 2005.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
ddad1/orders.socsec/gomes0485.dischargeOSC