McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814-2322
Telephone: (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE MARIE GOMES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CASE NO. 2:05-CV-00485-DAD<br><br>STIPULATION AND ORDER RE<br>PRE-FILING REDACTION OF THE<br>ADMINISTRATIVE TRANSCRIPT |

　　　　The parties to the above-referenced action, by and through their undersigned counsel, with the approval of the Court, hereby stipulate that the record found at transcript page (Tr.) 227 (consisting of Exhibit F, page 2/11) of the certified transcript of the administrative proceedings under review in this action, is a confidential extra-party record which does not pertain to said administrative proceedings. Accordingly, the parties agree to redaction of the transcript, whereby Defendant shall remove Tr. 227 from the transcript and file the transcript in such redacted form.

　　　　The parties further stipulate that any review copies of the record found at Tr. 227, provided to Plaintiff for the purpose of reaching this agreement, shall be destroyed or returned to Defendant's counsel of record at the above-captioned address.

　　　　The parties further stipulate that the inadvertent inclusion of said record in the administrative transcript is not and will not be a basis for a claimed error.

The parties further stipulate that counsel for Plaintiff will provide a facsimile of this document bearing counsel's original signature for retention in Defendant's case file, amd hereby authorizes counsel for Defendant to file this document in PDF format under the latter's Electronic Case Filing password, pursuant to Local Rule 7-131.

DATED: <u>*11/08/2005*</u>                       <u>*/s/ Ann M. Cerney*                       </u>
                                                                    ANN M. CERNEY
                                                                    Attorney at Law

                                                                    Attorney for Plaintiff

DATED:  <u> 11/10/2005                    </u>    McGREGOR W. SCOTT
                                                                    United States Attorney


                                                        By: <u>*/s/ Bobbie J. Montoya*                    </u>
                                                                    BOBBIE J. MONTOYA
                                                                    Assistant U. S. Attorney

                                                                    Attorneys for Defendant

<u>                 </u>**oOo**<u>                 </u>

**ORDER**

**APPROVED AND SO ORDERED.**

DATED: November 14, 2005.

<u>*/s/ Dale A. Drozd*                                      </u>
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/gomes0485.stipord


OF COUNSEL:

LUCILLE GONZALES MEIS
Chief Counsel, Region IX

KRISTINA SHUTE
Assistant Regional Counsel

United States Social
 Security Administration